UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES S. HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 09-1200 ) |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security, | ) JUDGE LANCASTER ) ) *(Electronic Filing)* ) |
| Defendant. | ) ) |

## ORDER

AND NOW, this **26** day of **July**, 2010, upon consideration of Defendant's Motion for Partial Summary Judgment and any response thereto, it is hereby ORDERED that Defendant's Motion is granted in full and partial summary judgment is entered in favor of the Defendant and against Plaintiff.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE