IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES S. HARRIS,                )
                                  )
        Plaintiff,                )
                                  )    CIVIL ACTION NO. 09-1200
     v.                           )
                                  )    JUDGE LANCASTER
JANET NAPOLITANO, Secretary,      )
of the Department of Homeland     )    *(Electronic Filing)*
Security,                         )
                                  )
        Defendant.                )

**O R D E R**

AND NOW, to with, this 15th day of Nov, 2010, upon consideration of the Stipulation of Dismissal that has been filed by the parties, it is hereby ORDERED that the above captioned matter is dismissed, with prejudice.

/s/ *signature*
CHIEF UNITED STATES DISTRICT JUDGE